UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BRITTANY MICHELLE WATT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FOX RESTAURANT VENTURE, et al., <br><br> Defendants. | No.: 2:17-cv-2104 <br><br> Honorable Sue Myerscough <br><br> Magistrate Judge Eric Long |

### JOINT MOTION TO APPROVE FLSA SETTLEMENT

Plaintiff, BRITTANY MICHELLE WATT and Defendant FOX RESTAURANT VENTURE, et al., by and through their undersigned counsel of record, pursuant to Judge Myerscough's Order of November 15, 2019, hereby move this honorable Court for approval of the FLSA settlement. In support of their Joint Motion to Approve FLSA Settlement, the Parties state the following:

1.  Plaintiff Brittany Michelle Watt filed a putative collection action complaint under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.* ("FLSA") against her former employer, Fox Restaurant Venture, Fox NC Acquisition and Fox SC Acquisition (collectively, "Defendants") on or around April 28, 2017. (ECF Dkt. #1).

2.  Whereas on or around March 16, 2018, Plaintiff amended her complaint to include James Kirkpatrick and Paul Rowland as Plaintiffs (collectively, "Plaintiffs") alleging FLSA violations against Defendants. (ECF Dkt. # 17; 17-1).

1

3. The Parties, by their respective counsel, have negotiated a fair and reasonable settlement of the claims under the FLSA. The Parties now ask this Court to review and to approve their proposed settlement.

4. For the reasons stated in the Brief in Support of Joint Motion to Approve Settlement:

    a. The proposed settlement is fair and reasonable; and

    b. The negotiated attorneys' fees should be approved.

WHEREFORE, for all of the reasons set forth above, the Parties respectfully request that this Court approve the proposed settlement the Parties have reached in this case.

| | |
|---|---|
| Date: <u>November 18, 2019</u> | Respectfully Submitted, |
| FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC | MEYER CAPEL, P.C. |
| By:   /s/ Elizabeth Chavez<br>Elizabeth Chavez, Esq. (#6323726)<br>Kathleen C. Chavez, Esq. (#6255735)<br>10 W. State Street<br>Suite 200<br>Geneva, IL  60134<br>Phone (630) 232-7450<br>Emails: ecc@fmcolaw.com<br>        kcc@fmcolaw.com<br><br>***Attorneys for Plaintiff*** | By: /s/Lorna Geiler     .<br>*With the consent from Lorna Geiler to sign electronically*<br>306 W. Church Street<br>Champaign, IL 61820<br>Emails:lgeiler@meyercapel.com,<br>kmoore@meyercapel.com<br><br>***Attorney for Defendant*** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2019, I electronically filed the foregoing document with the clerk of court for the U. S. District Court for the Central District of Illinois – Urbana Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      /s/Elizabeth C. Chavez
      Elizabeth C. Chavez, Esq.

***Attorneys for Plaintiff***