# EXHIBIT D

(To Dckt # 39

# EXHIBIT D

## Settlement Contact Information

| NAME | Last Known Address | Defendant Employer | Gross Settlement Amount (subject to IRS Form W2 and applicable State Taxes) | Leadership Award (Subject to IRS Form 1099) |
|---|---|---|---|---|
| Brittney Watt | | Fox Restaurant Venture | $1,622.25 | $500.00 |
| James Kirkpatrick | | Fox NC Acquisition | $2,242.80 | $500.00 |
| Paul Rowland | | Fox SC Acquisition | $18,954.60 | $500.00 |
| Richard Peterson | | Fox SC Acquisition | $8,435.70 | N/A |
| Jayson Bodo | | Fox Restaurant Venture | N/A | N/A |
| Samuel Carter | | Fox NC Acquisition | $2,725.20 | N/A |
| Greg Hoffman | | Fox NC Acquisition | $1,557.36 | N/A |
| Kenton Reives | | Fox NC Acquisition | $4,701.00 | N/A |
| Chaqwanda Rosa | | Fox NC Acquisition | N/A | N/A |
| Renae Todd | | Fox NC Acquisition | $3,692.25 | N/A |
| Mark Turner | | Plaintiff Excluded— never employed by any named Defendant | N/A | N/A |
| Richard Halloway | | Fox NC Acquisition | $68.13 | N/A |
| | | **TOTAL:** | **$43,999.29** | **+$1,500.00** |