UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BRITTNEY MICHELLE WATT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FOX RESTAURANT VENTURE, et al., <br><br> Defendants. | No. :17 cv 2104 <br><br> Honorable Sue Myerscough <br> Magistrate Judge Eric Long |

### PLAINTIFFS' RESPONSE TO DECEMBER 6, 2019 DOCKET TEXT ORDER

Plaintiffs Brittany Michelle Watt, James Kirkpatrick and Paul Rowland, individually and on behalf of all others similarly situated, by and through their undersigned counsel of record, state the following:

1. On November 18, 2019, Plaintiffs' counsel filed a joint motion to approve settlement. (ECF Dkt. #39).

2. On December 6, 2019, this honorable Court requested that Plaintiffs' counsel provide "documentation describing the number of hours worked and type of work performed," in accordance with *Reynolds v. Beneficial Nat. Bank*, 288 F.3d 277, 279 (7th Cir. 2002).

3. As such, Plaintiffs' counsel has included Exhibit A, which contains an accounting of Plaintiffs' counsels' time, which was contemporaneously recorded at each task was completed.

4. To date, Plaintiffs' counsel has entered 137.3 hours, for a total of $54, 262.50.

5. Plaintiffs' counsel is seeking $17,000.71 in fees and costs associated with this litigation.

Date: <u>December 20, 2019</u>   Respectfully submitted,

<u>/s/Elizabeth C. Chavez</u>
**FOOTE, MEILKE, CHAVEZ & O'NEIL, LLC**
Elizabeth C. Chavez, Esq. (#6323726)
Kathleen C. Chavez, Esq. (#6255735)
10 West State Street
Suite 200
Geneva, Illinois 60134
Tel. No.: (630) 232-7450

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed the foregoing document with the clerk of court for the U. S. District Court for the Central District of Illinois - Urbana Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Elizabeth C. Chavez
Elizabeth C. Chavez, Esq.